

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ivan Garay Lopez,                           * From the 35th District Court
                                              of Brown County
                                              Trial Court No. CR21310.

Vs. No. 11-15-00313-CR                      * September 28, 2018

The State of Texas,                         * Memorandum Opinion by Bailey, C.J.
                                              (Panel consists of: Bailey, C.J.,
                                              Gray, C.J., sitting by assignment,
                                              and Wright, S.C.J., sitting by
                                              assignment)
                                              (Willson, J., not participating)

        This court has inspected the record in this cause and concludes that there
is no error in the judgment below.  Therefore, in accordance with this court's
opinion, the judgment of the trial court is in all things affirmed.